PELLEGRINO FONTANO, Respondent, *v.* BELL THEATRES, INC., Appellant.

Argued October 10, 1939; decided October 30, 1939.

*Daniel H. Prior, Julian Liberman* and *Bernard Fliashnick* for appellant.

*Harry M. Alfert* and *Francis M. Verrilli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.